UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL C GO,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | Case No. 14-cv-00536-VC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 15 |

The government's motion to dismiss is granted. The allegations in the complaint and the arguments made in opposition to the motion to dismiss make clear that Mr. Go seeks review of a decision of the United States Court of Appeals for Veterans Claims, which was affirmed by the United States Court of Appeals for the Federal Circuit, rejecting his claim for benefits. *See*, *e.g.*, Docket No. 18 at 8-9. This Court does not have jurisdiction to consider such a claim. Dismissal is with prejudice because the Court can conceive of no set of facts that would permit review of the above-referenced matter in this forum.

**IT IS SO ORDERED**.

Dated: September 24, 2014

_____
VINCE CHHABRIA
United States District Judge